UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

INSTALLIT, INC.

Plaintiff(s)

v.

CARPENTERS 46 NORTHERN CALIFORNIA
COUNTIES CONFERENCE BOARD

Defendant(s)

Case No. C 3:16:CV:01514-TEH

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Private ADR** (*specify process and provider*)

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil L.R. 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☐ other requested deadline:

Date: July 12, 2016          Signed:  /s/  Fenn C. Horton, III
                                      Attorney for Plaintiff

Date: July 12, 2016          Signed:  /s/  Matthew J. Gauger
                                      Attorney for Defendant

☒  IT IS SO ORDERED
☐  IT IS SO ORDERED WITH MODIFICATIONS:

U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices:
"Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 6-2016