DAVID A. ROSENFELD, Bar No. 058163
BLYTHE MICKELSON, Bar No. 095506
MATTHEW J. GAUGER, Bar No. 139785
EZEKIEL D. CARDER, Bar No. 206537
MICHAEL D. BURSTEIN, Bar No. 248516
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, CA 95814
Telephone  (919) 443-6600
Fax  (916) 442-0244
E-Mail:  courtnotices@unioncounsel.net
         drosenfeld@unioncounsel.net
         bmickelson@unioncounsel.net
         mgauger@unioncounsel.net
         ecarder@unioncounsel.net
         mburstein@unioncounsel.net

Attorneys for Defendant Carpenters 46 Northern California Counties Conference Board

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSTALLIT, INC.,<br><br>                  Plaintiff,<br><br>      v.<br><br>CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD,<br><br>                  Defendant. | No. 16-cv-01514-TEH<br><br>[PROPOSED] ORDER AND STIPULATION TO REQUEST CONTINUANCE OF THE SETTLEMENT CONFERENCE CURRENTLY SET FOR SEPTEMBER 23, 2016 BEFORE MAGISTRATE JUDGE DONNA M. RYU AND TO EXTEND THE ADR DEADLINE<br><br>Date:  September 23, 2016<br>Time:  11:00 a.m.<br>Judge:  Donna M. Ryu<br>Courtroom:  4, 3rd Floor<br>                Oakland Courthouse |

The parties present this Stipulation to jointly request the Court to grant a continuance of the Settlement Conference set before Magistrate Judge Ryu on September 23, 2016 and to extend the date to complete the ADR process to November 30, 2016.  The current Stipulation and Order setting the ADR process requires the parties to hold the ADR by October 11, 2016.

---

[Proposed] Order and Stipulation to Request Continuance of the Settlement Conference Currently Set for September 23, 2016 Before Magistrate Judge Donna M. Ryu and to Extend the ADR Deadline
Case No. 16-CV-01514-TEH

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

The reason for these requests is that the parties have set a private mediation with a subject-matter expert, Barry Winograd. The mediation will take place on October 12, 2016 at Mr. Winograd's office in Oakland, California. The parties chose this date because the parties want to complete depositions prior to the mediation. Completing the depositions prior to the mediation will enable the parties to have a more productive Settlement Conference.

Dated: August 25, 2016        Signed:     */S/  Fenn C. Horton, III*
                                          Fenn C. Horton, III
                                          Attorney for Plaintiff

Dated: August 25, 2016        Signed:     */S/  Matthew J. Gauger*
                                          Matthew J. Gauger
                                          Attorney for Defendant

## ORDER

Good cause having been shown, pursuant to the Stipulation of the parties, the request for a continuance of the Settlement Conference and request to extend the date to complete the ADR process to November 30, 2016 is GRANTED.

IT IS SO ORDERED:

Dated: 8/29/2016

Honorable Thelton E. Henderson
Judge of the United States District Court

140649\878216

2

[Proposed] Order and Stipulation to Request Continuance of the Settlement Conference Currently Set for September 23, 2016 Before Magistrate Judge Donna M. Ryu and to Extend the ADR Deadline
Case No. 16-CV-01514-TEH

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001